# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br>              Remaining Debtors. <br><br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, <br><br>              Plaintiff, <br><br>    v. <br><br>ASSET MANAGEMENT CONSULTANTS OF NC, INC., and CARLTON SCOTT PHILLIPS, <br><br>              Defendants. | Chapter 11 <br><br>Case No. 17-12560 (BLS) <br><br>Jointly Administered <br><br><br><br><br><br><br><br>Adv. Pro. No. 19-50929 (BLS) |

## **MEDIATION STATUS REPORT**

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator*, dated November 6, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected scheduled for completion.

The undersigned mediator expects that the mediation will be concluded no later than March 15, 2021 for the following reasons:

  **X**    A mediation session is scheduled to occur on **MARCH 15, 2021**.

  \_\_\_\_\_    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  \_\_\_\_\_    OTHER:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: January 4, 2021

                                              */s/ Lucian B. Murley*
                                              Lucian B. Murley (DE Bar No. 4892)
                                              **SAUL EWING ARNSTEIN & LEHR LLP**
                                              1201 N. Market Street, Suite 2300
                                              P.O. Box 1266
                                              Wilmington, DE  19899
                                              Telephone: (302) 421-6898
                                              luke.murley@saul.com

cc:    Jason Pomerantz, Esq.
         Kathleen M. Miller, Esq.
         Felton E. Parrish, Esq.